**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DISCOVERY INTERNATIONAL INC., | ) | Case No.  CV-14-7176-R |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | **BY LACK OF PROSECUTION** |
| v. | ) | |
| RAVEN RESOURCES GROUP, | ) | |
| | ) | |
| Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing by not later than **January 20, 2016** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: January 21, 2016

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE